# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRENDA WOOD, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:18-cv-02598 |
| CORECIVIC, INC., f/k/a CORRECTIONS CORPORATION OF AMERICA, | ) ) ) |
| And | ) ) |
| LINDA THOMAS, | ) ) |
| and | ) ) |
| DOE AGENCY/ENTITY 1 AND 2, | ) ) |
| Defendants. | ) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Brenda Wood, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), and dismisses this action without prejudice with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

  */s/ Joseph A. Kronawitter*
Robert A. Horn            KS Bar # 70254
Joseph A. Kronawitter     KS Bar # 19665
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
rhorn@hab-law.com
jkronawitter@hab-law.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

                 */s/ Joseph A. Kronawitter*